People ex rel. Sullivan v Molina (2023 NY Slip Op 00071)

People v Sullivan

2023 NY Slip Op 00071

Decided on January 10, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 10, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
FRANCESCA E. CONNOLLY
PAUL WOOTEN
LARA J. GENOVESI, JJ.

2022-10543

[*1]The People of the State of New York, ex rel. Garnett H. Sullivan, on behalf of Mario Gonzalez, petitioner,
v
Louis A. Molina, etc., respondent.

Garnett H. Sullivan, South Hempstead, NY, petitioner pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, William Branigan, and Christine Thambuswamy of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Mario Gonzalez upon his own recognizance or to set reasonable bail pursuant to CPL 30.30(2)(a) upon Queens County Indictment No. 881/2021.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner failed to demonstrate entitlement to relief pursuant to CPL 30.30(2)(a).
DILLON, J.P., CONNOLLY, WOOTEN and GENOVESI, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court